# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Jane Doe <br><br> *Plaintiff(s)* <br> v. <br> Oglethorpe University <br><br> *Defendant(s)* | Civil Action No. 1:21-CV-1291 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oglethorpe University
Regina Mincberg, Registered Agent
4484 Peachtree Road NE
Atlanta, Georgia 30319

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Quynh-Huong Nguyen Davis
The Davis Injury Firm, LLC
55 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, Georgia 30308
404-593-2620
betty@bettydavislaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 03/30/2021

s/Beverly Creech
*Signature of Clerk or Deputy Clerk*