IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:21-cv-01291-TWT |
| OGLETHORPE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY**

The undersigned parties agree and stipulate that the time within which Plaintiff Jane Doe can respond to Defendant Oglethorpe University's First Continuing Interrogatories and Requests for Production of Documents to Plaintiff is hereby extended up to and including July 19, 2021.

The parties further agree and stipulate that the time within which Defendant Oglethorpe University can respond to Plaintiff's First Request for Production of Documents is hereby extended up to and including July 26, 2021.

This 7th day of July, 2021.

[*Signatures on following page*]

**The Davis Injury Law Firm, LLC**

/s/ *Cornelia Brandfield-Harvey*
*(Signed with express permission by Kelli K. Steele*
Quynh-Houng "Betty" Nguyen Davis
Georgia Bar No: 141293
55 Ivan Allen, Jr. Boulevard, NW
Suite 700
Atlanta, GA 30308
(404) 593-2620
betty@bettydavislaw.com

Anthony G. Buzbee
(Texas Bar No. 24001820)*
Cornelia Brandfield-Harvey
(Texas Bar No. 24103540)*
THE BUZBEE LAW FIRM
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
tbuzbee@txattorneys.com
cbrandfieldharvey@txattorneys.com
*(Motions for pro hac vice forthcoming)*

*Attorneys for Plaintiff*

**Hawkins Parnell & Young, LLP**

/s/ *Kelli K. Steele*
Kathryn S. Whitlock
Georgia Bar No. 756233
Michael J. Goldman
Georgia Bar No. 300100
Kelli K. Steele
Georgia Bar No. 325878
303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
T: (404) 614-7400
F: (404) 614-7500
kwhitlock@hpylaw.com
mgoldman@hpylaw.com
ksteele@hpylaw.com

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

Pursuant to Local Rule 7.1D, I certify this document was prepared using Time New Roman, 14-point font.

This 7th day of July, 2021.

                                 **HAWKINS PARNELL & YOUNG, LLP**

                                 */s/ Kelli K. Steele*
                                 Kelli K. Steele

303 Peachtree Street, NE     Georgia Bar No. 325878
Suite 4000
Atlanta, Georgia 30308       *Counsel for Defendant*
T: (404) 614-7400
F: (404) 614-7500
ksteele@hpylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:21-cv-01291-TWT |
| OGLETHORPE UNIVERSITY, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that on this day a copy of **STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY**, was filed with the Clerk of Court using the CM/ECF system which will send e-mail notification to all counsel of record for this matter.

This 7th day of July, 2021.

**HAWKINS PARNELL & YOUNG, LLP**

*/s/ Kelli K. Steele*
Kelli K. Steele
Georgia Bar No. 325878

*Counsel for Defendant*

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308
T: (404) 614-7400
F: (404) 614-7500
ksteele@hpylaw.com

- 4 -